**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RANDALL L. McDONALD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-cv-294-TCK-PJC |
| | ) | |
| **THE BOEING COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**ADMINISTRATIVE CLOSING ORDER**

The Settlement Conference Report of March 16, 2006 advises the parties have reached a settlement in this matter and that a Stipulation of Dismissal will be filed upon approval by the United States Bankruptcy Court for the Northern District of Oklahoma, (Dkt. No. 33). The Court therefore orders an administrative closing pursuant to N.D. LR 41.0.

IT IS THEREFORE ORDERED that the Clerk administratively terminate this action in his records. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown within sixty (60) days if further litigation is necessary. All pending motions, including documents 8, 24, 31 and 32, are deemed moot, and all hearings are stricken.

**ORDERED this 5th day of July, 2006.**

*Terence Kern*

**TERENCE KERN**
**UNITED STATES DISTRICT JUDGE**